## EUGENE RUSSELL *v.* COMMISSIONER OF CORRECTION

The petitioner Eugene Russell's petition for certification for appeal from the Appellate Court, 49 Conn. App. 52 (AC 16711), is denied.

BERDON, J., dissenting. I would grant the petitioner's petition for certification to appeal on the following issues:

"1. Did the habeas court abuse its discretion in denying the petitioner certification to appeal on the grounds of ineffective assistance of trial counsel as a result of a conflict of interest based upon a violation of the trial attorney's duty of loyalty?

"2. If so, is the petitioner required to prove the second prong of *Strickland*[1]—that is, as a result of the conflict of interest his defense was prejudiced—in order to be granted a new trial?"[2]

*James B. Streeto*, special public defender, in support of the petition.

---

[1] *Strickland* v. *Washington*, 466 U.S. 668, 687, 104 S. Ct. 2052, 80 L. Ed. 2d 674 (1984).

[2] *Phillips* v. *Warden*, 220 Conn. 112, 132–33, 595 A.2d 1356 (1991) ("[w]here . . . the defendant claims that his counsel was 'burdened by an actual conflict of interest' . . . the defendant need not establish actual prejudice" [citation omitted]).

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided September 29, 1998

